IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICO BENTON**  **PLAINTIFF**
ADC #097236

v.  Case No. 4:22-CV-00746-LPR

**DEXTER PAYNE**  **DEFENDANT**

## ORDER

Plaintiff Rico Benton is in custody at the Cummins Unit of the Arkansas Division of Correction. He filed this action *pro se*.[1] On June 26, 2023, the Court dismissed Mr. Benton's claims against Corporal Cornisha Atkins and Mr. Benton's official-capacity-money-damages claim against Director Dexter Payne.[2] In that Order, the Court also explained the deficiencies in Mr. Benton's Complaint with regard to his remaining claims against Director Payne.[3] The Court gave Mr. Benton thirty days to file a Second Amended Complaint and warned Mr. Benton that the failure to do so would result in the dismissal of the remaining claims in his case.[4] Mr. Benton has not complied with or otherwise responded to the Court's Order, and the time for doing so has expired. Therefore, all claims in this case are now dismissed without prejudice pursuant to the Court's June 26, 2023 Order. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 2); Am. Compl. (Doc. 6).

[2] Order (Doc. 30).

[3] *Id*.

[4] *Id*.

IT IS SO ORDERED this 16th day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE